# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAHOMY MARTINEZ, by his Guardian Ad Litem Lucio Martinez,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN DIEGO, a Public Entity of the State of California; Mark Ritchie, Shawn Aitken, San Diego County Sheriff's Deputies, individually and as County of San Diego Sheriff's Deputies; DOES 1 through 10,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 06cv0444 DMS (NLS)<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITION FOR COMPROMISE OF DISPUTED CLAIM OF MINOR** |

On August 21, 2006, Lucio Martinez, Guardian ad Litem for Plaintiff Dahomy Martinez, filed a Petition for Compromise of Disputed Claim of Minor. Defendants have not filed an opposition to the petition, and their time for doing so has expired. The Court scheduled a hearing on the petition for September 22, 2006. However, in the absence of any opposition, the Court finds the matter suitable for submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the hearing date of September 22, 2006, is vacated.

The Court has reviewed the Petition, and denies it without prejudice for failure to include the following information:

　(1)　Verification by Petitioner under penalty of perjury;

　(2)　An original or a photocopy of all doctors' reports containing a diagnosis for the injury,

1          and a report of the claimant's present condition;

2          (3)    A statement of whether Petitioner is a claimant against the recovery of the minor and, if so, whether the pendency or disposition of Petitioner's claim on his own behalf has in any way affected the proposed compromise of the claim;

3          (4)    The name and address of the proposed depository for the settlement funds; and

4          (5)    A statement of whether notice of the action or claim has been given under Welfare and Institutions Code Section 14124.73.  *See* Cal. Rules of Court, Rule 7.950.

**IT IS SO ORDERED**.

DATED:  September 15, 2006

DANA M. SABRAW
United States District Judge

cc:    all parties
       Judge Stormes