| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAHOMY MARTINEZ, by his Guardian Ad Litem Lucio Martinez, | ) | CASE NO. 06cv0444 DMS (NLS) |
| Plaintiff, | ) | **ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** |
| vs. | ) | |
| COUNTY OF SAN DIEGO, a Public Entity of the State of California; Mark Ritchie, Shawn Aitken, San Diego County Sheriff's Deputies, individually and as County of San Diego Sheriff's Deputies; DOES 1 through 10, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the Second Amended Petition for Compromise of Disputed Claim of Minor. Upon the evidence introduced, the Court finds that the facts set forth in said petition are true and that it is for the best interests of the minors that the said claim be compromised and settled for the amount stated and that the proceeds of such settlement be paid and used in the manner hereinafter specifically provided; IT IS THEREFORE ORDERED:

A. That said compromise be and it is hereby approved and that upon payment of the sum of $25,000, being the total amount of the settlement sum herein approved, in the manner herein provided, the payor shall be and forever released and discharged of and from all claims, charges and demands of said minors arising from the incident mentioned in said petition;

///

1  B.      Payor shall disburse the proceeds of the settlement hereby approved in the following manner:

2          By one or more checks or drafts payable to the order of petitioner and/or her representative

3  entitled to receive payment of the following items of expense or damage which the petitioner and/or

4  her representative is hereby authorized and directed to pay out of the proceeds of the settlement:

5          (a)  Attorney's fees hereby fixed and allowed to 25 %        $ 6,250.00

6          (b)  Reimbursement to attorney for petitioner

7               for expenses actually paid                              $   457.51

8               Total allowances for fees and expenses                  $ 6,707.51

9          (c)  Satisfaction of medical liens                           $10,836.22

10         The balance of the sum,                                      $ 7,456.27

11 to be paid to petitioner, and within 48 hours of receipt of a check petitioner and petitioner's attorney

12 must deposit the check in the petitioner's name as trustee for the claimant in one or more blocked

13 accounts at:

14 Name of Financial Institution:        Washington Mutual

15 Branch:                               985 E. Vista Way, Vista, CA 92084

16 and will be responsible for maintaining the trust for the child until he reaches the age of majority.

17 C.      The blocked account or accounts belong to the minor. The minor was born on December 18,

18 1989. No withdrawals of principal or interest may be made from the blocked account or accounts

19 without a further written order under this case name and number, signed by a judicial officer, and

20 bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the

21 age of 18 years, the depository, without further order of this court, is authorized and directed to pay

22 by check or draft directly to the former minor, upon proper demand, all moneys including interest

23 deposited under this order. The money on deposit is not subject to escheat.

24 D.      Upon receipt of the full amount of the settlement sum herein approved, petitioner is hereby

25 authorized and directed to execute and deliver to said payor a full, complete, and final release and

26 discharge of and from any and all claims and demands of said minor by reason of the incident

27 / / /

28 / / /

1 described in said petition and the resultant injuries and damage to said minor.

2 DATED: November 6, 2006

_____
DANA M. SABRAW
United States District Judge