# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAHOMY MARTINEZ, by his Guardian Ad Litem Lucio Martinez,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN DIEGO, a Public Entity of the State of California; Mark Ritchie, Shawn Aitken, San Diego County Sheriff's Deputies, individually and as County of San Diego Sheriff's Deputies; DOES 1 through 10,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 06cv0444 DMS (NLS)<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** |

Having approved the Second Amended Petition for Compromise of Disputed Claim of Minor, the Court hereby orders as follows:

1. Money that belongs to DAHOMY MARTINEZ shall be deposited in an interest-bearing, federally insured blocked account or accounts at:

Name of Financial Institution:　　Washington Mutual

Branch:　　　　　　　　　　　　985 E. Vista Way, Vista, CA 92084

2. Each account shall indicate the name of the minor who owns the account.

3. The total amount authorized for deposit, including any accrued interest, is $7,456.27.

4. No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and

1  bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the
2  age of 18 years, the depository, without further order of this court, is authorized and directed to pay
3  by check or draft directly to the former minor, upon proper demand, all moneys including interest
4  deposited under this order. The money on deposit is not subject to escheat.
5  5.     The petitioner and the petitioner's attorney shall deliver a copy of this order to each depository
6  in which funds are deposited under this order. The depository's acknowledgment of receipt of the
7  order and the finds shall be filed with this court within 15 days of deposit.
8  DATED: November 6, 2006

_____
DANA M. SABRAW
United States District Judge